STATE OF NEW JERSEY v. THOMAS COVINGTON.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK THULLNER.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT GRAYER.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ARNOLD FARMER.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE HOWARD.

October 28, 1986.

Petition for certification denied.